**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **V.** | § | **NO.   A-24-CR-0045 (1) RP** |
| | § | |
| **KENDALL RHEA BARBA** | § | |

**AGREED RECOMMENDED DISPOSITION IN FINAL REVOCATION PROCEEDING**
**AND WAIVER OF DEFENDANT'S APPEARANCE AND WAIVER OF HEARING**

NOW COMES Defendant KENDALL RHEA BARBA, through her undersigned counsel, and files this agreed recommended disposition and waiver of appearance, showing the Court as follows:

Ms. Barba is before the court on a Petition for Warrant for Offender Under Supervision, dated June 14, 2024.  Doc. No. 4.  The petition alleges in order: 1) a violation of Mandatory Condition No. 2, prohibiting the unlawful possession of controlled substances; 2) a violation of Mandatory Condition No. 3, prohibiting the use of controlled substances; 3) a violation of Special Condition No. 1, prohibiting the possession of controlled substances without a valid prescription; and 4) a violation of Special Condition No. 2, requiring the successful participation in drug treatment programs, as ordered as part of a treatment condition.

Ms. Barba waived her preliminary hearing July 10, 2024.  Doc. No. 17.  Undersigned counsel certifies that he has reviewed the Petition dated June 14, 2024, and the Adjustment Summary dated June 26, 2024, with Ms. Barba. Doc. Nos. 4 & 16.  After review of both documents, Ms. Barba wishes to plead true to the allegations in the Petition.  Ms. Barba has no objections to the Adjustment Summary.

Ms. Barba was advised by undersigned counsel of her right to be physically present for a

final revocation hearing, her right to counsel, her right to disclosure of the evidence against her, and her right to make a statement and present mitigating information. Rule 32.1(b) (2) of the Federal Rules of Criminal Procedure permits a defendant to waive their revocation hearing. After consultation with counsel, Ms. Barba wishes to waive her right to be present at the revocation hearing and wishes to waive the hearing. She instead asks the Court to accept her plea of true to the alleged violations and to find that the proposed agreed resolution of the case would be an appropriate disposition.

Rule 32.1(c) provides that a hearing is not required in a revocation proceeding if (A) the person waives the hearing; or (B) the relief sought is favorable to the person and does not extend the term of supervised release; and (C) an attorney for the government has received notice of the relief sought, has had reasonable opportunity to object, and has not done so. The parties, including U.S. Probation, have conferred in this case and agree that an appropriate resolution of this matter would be to accept Ms. Barba's pleas of true, to revoke Ms. Barba's term of supervised release, sentence Ms. Barba to three (3) months, and to find that no supervised release should follow. This disposition is favorable to Ms. Barba and the Government, together with U.S. Probation, agree with it.

WHEREFORE, premises considered, Ms. Barba asks the Court to accept his waiver of appearance at his final revocation hearing, waive the hearing, accept her plea of true to violations of Mandatory Conditions Nos. 2 & 3, and plea of true to violating Special Conditions Nos. 1 & 2, as alleged in the Petition dated June 14, 2024, and enter an order revoking her term of supervised release and sentence her to three (3) months with no supervised release to follow.

2

Respectfully submitted.

MAUREEN SCOTT FRANCO
Federal Public Defender

_____
/s/ JOSE I. GONZALEZ-FALLA
Assistant Federal Public Defender
Western District of Texas
Lavaca Plaza
504 Lavaca St., Ste. 960
Austin, Texas 78701
(512) 916-5025
(512) 916-5035 (FAX)
TX Bar Number: 0853700
*Attorney for Defendan*

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of July 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Mark Marshall
Assistant U.S. Attorney
903 San Jacinto, Ste. 334
Austin, Texas 78701

_____
/s/ JOSE I. GONZALEZ-FALLA

3