UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

UNITED STATES OF AMERICA      §
                           §
V.                               §        NO.     A-24-CR-45 (01) RP
                           §
                           §
KENDALL RHEA BARBA

ORDER ACCEPTING AGREED REVOCATION DISPOSITION

BE IT REMEMBERED on this day the Court reviewed the file in the above-styled cause. On November 9, 2022, Ms. Barba was sentenced for the offense of Transportation of an Undocumented Alien, in violation of 8 U.S.C. § 1324.  Doc. No. 1.  She was sentenced to 21-months imprisonment, to be followed by a three-year term of supervised release.  Doc. No. 1. On December 20, 2023, Ms. Barba began her term of supervised release.  Doc. No. 16 (Adjustment Summary).

On June 14, 2024, the United States Probation Office filed a Petition for Warrant for Offender Under Supervision.  Doc. No. 4.  The petition alleged that Ms. Barba violated Mandatory Conditions Nos. 2 & 3, as well as Standard Conditions Nos. 1 & 2.  These conditions required Ms. Barba to not possess or use controlled substances, to not possess such substances without a prescription, and to complete successfully drug treatment programs as ordered by the Court.  Ms. Barba made her initial appearance in federal court to answer the charges on June 17, 2024.  Doc. No. 6.  On July 10, 2024, Ms. Barba waived her preliminary hearing. Doc. No. 17.

On July 15, 2024. the parties filed an Agreed Recommended Disposition in Final Revocation Proceeding and Waiver of Defendant's Appearance and Waiver of Hearing.  Doc. No. 19.   In the Agreed Motion for Revocation of Supervised Release and Recommended Disposition, Ms. Barba enters a plea of "True" to the violations alleged in the petition.  *Id.*   Ms. Barba has no

objection to the Adjustment Summary.  *Id.*    Ms. Barba further waives her right to be present at her revocation hearing and wishes to waive the hearing. *Id*.   Ms. Barba affirms that the defense, the government, and U.S. Probation, have conferred in the case and have agreed that the appropriate resolution in this matter would be to revoke Ms. Barba's term of supervised release, sentence Ms. Barba to three months, and to find that no term of supervised release should follow. *Id.*

The Court, having carefully considered the arguments and evidence presented by the Government and the defendant, based on the original offense and the intervening conduct of the defendant, and consistent with the parties Agreed Recommended Disposition, accepts the Agreed Disposition that this Court revoke defendant's supervised release, and order that the Defendant be imprisoned for a term of three months, with no term of supervised release to follow.

IT IS THEREFORE ORDERED that that Agreed Recommended Disposition in Final Revocation Proceeding and Waiver of Defendant's Appearance and Waiver of Hearing (Doc. No. 19) filed July15, 2024, is **GRANTED.**

IT IS FURTHER ORDERED that Defendant Kendall Rhea Barba's term of supervised release is **REVOKED;**

IT IS FINALLY ORDERED that Defendant Kendall Rhea Barba be imprisoned for **Three Months, with no term of supervised release to follow the term of imprisonment.**

SIGNED this 17th day of July 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE